IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MARTHA JOYCE ANDREWS,**
as Trustee of the Charles and Mary
Andrews Revocable Trust,

    **Plaintiff,**

v.                                                                    Case No. 5:24-cv-210-AW-MJF

**RICHARD GLEASON, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation, concluding the court should grant the motion to remand and award fees and costs. ECF No. 16. There was no objection filed. Having carefully considered the matter, I now adopt the report and recommendation in full, and I incorporate it into this order.

The motion to remand (ECF No. 14) is GRANTED. The clerk will take appropriate steps to remand this case to state court.

This court will retain jurisdiction to award fees and costs. The court concludes, consistent with the magistrate judge's conclusion, that Plaintiff is entitled to an award of fees and costs. Within 14 days, Plaintiff must file a notice with affidavit setting out the appropriate amount of fees and costs. Within 14 days thereafter, Gleason may file a response with any objection as to the amount.

1

2

SO ORDERED on January 27, 2025.

                                          s/ *Allen Winsor*
                                          United States District Judge