IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MARTHA JOYCE ANDREWS,**
as Trustee of the Charles and Mary
Andrews Revocable Trust,

    **Plaintiff,**

v.                                                              Case No. 5:24-cv-210-AW-MJF

**RICHARD GLEASON, et al.,**

    **Defendants.**
_____/

## ORDER AWARDING EXPENSES

The court earlier remanded the case and concluded Plaintiff was entitled to an award of fees and costs. ECF No. 17. The court gave Plaintiff an opportunity to file an affidavit setting out the appropriate amount of fees and costs. *Id.* And it gave the removing Defendant an opportunity to file a response with any objection. *Id.* Plaintiff filed an affidavit claiming $7,922.50 in fees and $438 in costs. ECF No. 19. Defendant filed no objection.

Courts determine reasonable awards by applying the lodestar method, multiplying a reasonable hourly rate by a reasonable number of hours. *Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988). The applicant must show "the requested rate is in line with prevailing market rates." *Id.* The applicant must also show the total hours requested are reasonable. Hours are unreasonable if they are "excessive, redundant or otherwise unnecessary hours in the

1

exercise of billing judgment." *Perkins v. Mobile Hous. Bd.*, 847 F.2d 735, 738 (11th Cir. 1988).

The court, in its independent judgment, finds the rates reasonable. *See Norman*, 836 F.2d at 1304 (noting that courts may rely on their own expertise to determine reasonable hourly rates). The court also independently reviewed the time entries and associated hours and finds those reasonable. The costs, too, are reasonable.

The clerk will enter a judgment that says, "Plaintiff Martha Joyce Andrews, as trustee of the Charles and Mary Andrews Revocable Trust, shall recover from Defendant Richard Gleason, $7,922.50 in fees and $438.00 in costs, plus post-judgment interest at the statutory rate."

The clerk will close the file.

SO ORDERED on May 5, 2025.

s/ *Allen Winsor*
United States District Judge

2